IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Piedmont Airlines, Inc. and New : 
Hampshire Insurance Company : 
c/o Sedgwick Claims Management : 
Services, Inc., : 
                    Petitioners : 
                     : 
          v. : No. 468 C.D. 2018
                     : 
Workers' Compensation Appeal : 
Board (Watson), : 
                    Respondent : 

# **O R D E R**

AND NOW, this <u>29</u>th day of <u>October</u>, 2018, the opinion filed August 20, 2018, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____
DAN PELLEGRINI, Senior Judge